**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-12607** |
| **Terence Poulton** | : | **Chapter 13** |
| **Shannon Poulton** | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | * | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | **Place of Hearing** |
| **Movant,** | : | **January 5, 2021 at 10:30 a.m.** |
| | : | |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Terence Poulton** | : | **900 Market Street, Courtroom #2** |
| **Shannon Poulton** | : | **Philadelphia, PA, 19107** |
| | : | |

**WILLIAM C. MILLER, Esq.**
**Respondents.**

### MOTION OF WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO FOR RELIEF FROM THE AUTOMATIC STAY REGARDING THE PERSONAL PROPERTY KNOWN AS 2014 HYUNDAI TUCSON, VIN KM8JUCAG7EU911508

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto (the "Creditor"), by and through the

undersigned counsel, files this Motion for Relief from the Automatic Stay pursuant to 11 U.S.C.

§ 362 and other sections of Title 11 of the United States Code, and under Federal Rules of

Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, annulling, or

dissolving the automatic stay, averring as follows.

1.      This is an action arising pursuant to a case under Title 11 of the United States Code.

2.      Creditor is a lending institution duly authorized to conduct business in the

        Commonwealth of Pennsylvania.

3.      Creditor is a party-in-interest in the above referenced Bankruptcy matter as it is a secured

        creditor of the Debtor.

4.    The Court has jurisdiction over this matter under 28 U.S.C §§ 157 and 1334.  This is a

core proceeding under 28 U.S.C. § 157(b)(2).  The venue of this case and this Motion is

proper under 28 U.S.C. §§ 1408 and 1409.

5.    On August 8, 2015, Terence M Poulton (the "Debtor") obtained a loan from Wells Fargo

Dealer Services in the amount of $21,101.88 for the purchase of a 2014 Hyundai Tucson,

VIN KM8JUCAG7EU911508 ("Collateral").  Debtor agreed to make periodic payments

to Wells Fargo Dealer Services.  Such loan was evidenced by a Retail Installment Sale

Contract Simple Finance Charge (the "Contract"), a copy of which is attached hereto as

Exhibit A.

6.    To secure payment of the Contract, Debtor delivered the Commonwealth of Pennsylvania

Certificate of Title for a Vehicle (the "Title") to the Collateral to Creditor or Creditor's

predecessor-in-interest.  On or about August 13, 2015, Creditor or Creditor's predecessor-

in-interest perfected its security interest in the Collateral by delivering the Title along

with the appropriate application and fees to the Department of Transportation of the

Commonwealth in accordance with Pa.C.S. § 1132.1(a).  As a result, Creditor has a valid

security interest in the Collateral.  A copy of the Title is attached hereto as Exhibit B.

7.    Creditor believes the clean retail value of the Collateral to be $12,400.00 based upon the

NADA Used Cars/Trucks guide dated November 13, 2020, a copy of which is attached

hereto as Exhibit C.

8.    On June 11, 2020, Debtor filed a voluntary petition for relief under Chapter 13 of the

United States Bankruptcy Code ("Petition").

9.    Debtor's Chapter 13 Plan calls for the Debtor to retain the Vehicle and make monthly

post-petition payments directly to the Creditor.

20-021275_EJS1

10.     As of November 13, 2020, there is currently due and owing on the Contract the

outstanding principal balance of $7,467.52.  This amount is broken down as follows:

| Total Loan Balance | |
| --- | --- |
| **Description** | Amount |
| Principal | $7,467.52 |
| Interest | $73.44 |
| Escrow advance | $0.00 |
| Late charges | $56.30 |
| Other Fees | $0.00 |
| Less Contractual Suspense Funds | $(0.00) |
| Total: $7,597.26 | |

11.     The loan was charged off on April 21, 2020.

12.     Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto believes and therefore avers that Debtor

has inconsequential equity in the Collateral. Based upon the market conditions and after

the costs of sale, there will be little to no equity in the Collateral. Based upon the lack of

equity in the Collateral, Creditor asserts that it is burdensome and/or of inconsequential

value and benefit to the estate.

13.     Creditor seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed

under applicable nonbankruptcy law to enforce its remedies to repossess and sell the

Collateral.

14.     Creditor is entitled to relief from the automatic stay for the following reason(s):

a.      Creditor lacks adequate protection of its secured interest in the Collateral pursuant
        to 11 USC § 362(d)(1) as a result of Debtor's failure to make payments when due.
        As of November 13, 2020, Debtor has failed to make post-petition payments since
        June 22, 2020, with arrears in the amount of $1,829.95.

WHEREFORE, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto respectfully requests

this Honorable Court to enter an order terminating the Automatic stay as it affects the interests of

20-021275_EJS1

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in the Collateral, and granting such other relief

as this Honorable Court may deem just.

<div style="margin-left: 50%;">

Respectfully submitted,

 /s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

</div>

20-021275_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-12607** |
| **Terence Poulton** | : | **Chapter 13** |
| **Shannon Poulton** | : | **Judge Magdeline D. Coleman** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | \* | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | **Place of Hearing** |
| **Movant,** | : | **January 5, 2021 at 10:30 a.m.** |
| | : | |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Terence Poulton** | : | **900 Market Street, Courtroom #2** |
| **Shannon Poulton** | : | **Philadelphia, PA, 19107** |
| | : | |

**WILLIAM C. MILLER, Esq.**
                          **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion of Wells Fargo

Bank, N.A., d/b/a Wells Fargo Auto for Relief from the Automatic Stay regarding the Personal

Property known as 2014 Hyundai Tucson, VIN KM8JUCAG7EU911508 was served on the

parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105,
ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Terence Poulton and Shannon Poulton, Sadek and Cooper,
1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on
 December 10       , 2020:

Terence Poulton and Shannon Poulton, 860 Weber Drive, Yardley, PA  19067


DATE:    December 10, 2020      

                                                  /s/ Karina Velter
                                            _____


20-021275_EJS1

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

20-021275_EJS1