# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>TERENCE POULTON<br>SHANNON POULTON<br>     Debtors | Case No. 20-12607-mdc<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>     Movant | |
| vs.<br>TERENCE POULTON<br>SHANNON POULTON<br>     Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Motion of Wells Fargo Bank, N.A. for Relief from the Automatic Stay and Notice of Motion by first-class mail or electronic means on <u>April 8, 2021</u>.

TERENCE POULTON
860 WEBER DRIVE
YARDLEY, PA 19067

SHANNON POULTON
860 WEBER DRIVE
YARDLEY, PA 19067

BRAD J. SADEK
SADEK AND COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106


April 7, 2021

                                          */s/ Andrew Spivack*
                                          Andrew Spivack
                                          (Bar No. 84439)
                                          Attorney for Creditor
                                          BROCK & SCOTT, PLLC
                                          302 Fellowship Road, Suite 130
                                          Mount Laurel, NJ 08054
                                          Telephone:  844-856-6646 x3017
                                          Facsimile:  704-369-0760
                                          E-Mail:  PABKR@brockandscott.com